

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Jose Ulisses Guzman,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>13-1187M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _4/26/13_, at _11:00_ ☒a.m. / ☐p.m. before the Honorable _Jacqueline Chooljian_, in Courtroom _341 Roybal_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _4/24/13_

U.S. District Judge/Magistrate Judge